RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

GREGORY E. WOODARD, ISB #11329
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
greg.woodard@ag.idaho.gov

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TEAM KENNEDY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHIL MCGRANE, in his official capacity as the Idaho Secretary of State,<br><br>　　　　Defendant. | Case No. 1:24-cv-00083-BLW<br><br>**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

   Pursuant to Local Civil Rule 6.1, Defendant hereby moves for a 30-day extension of time to answer or otherwise respond to Plaintiff's Complaint and for a 30-day

MOTION FOR EXTENSION OF TIME— 1

extension of time to file any opposition to Plaintiff's Motion for Preliminary Injunction. Defendant's response to the Complaint is currently due today, March 14, 2024, and his opposition to Plaintiff's motion for preliminary injunction is due tomorrow, March 15, 2024. Defendant requests an extension to respond to both due to the recent passage of legislation that has mooted Plaintiff's claims, and the Defendant's belief that the parties will be able to reach an agreement to resolve the case.

As the Court is aware from the February 29, 2024 informal status conference, there was proposed legislation that would extend the deadline for an independent presidential candidate to file the declaration of candidacy and required signatures from March 15 to August 1.  That legislation, HB 661, was passed and recently signed by the Governor and has immediately taken effect.

To allow the parties additional time to discuss and finalize a resolution, Defendant is requesting a 30-day extension to file a responsive pleading to Plaintiff's answer and to respond to Plaintiff's motion for preliminary injunction.

My office has contacted Plaintiff's counsel to discuss this motion, but has not yet received a response.

DATED: March 14, 2024.

                                        STATE OF IDAHO
                                        OFFICE OF THE ATTORNEY GENERAL

                          By:  /s/ *Gregory E. Woodard*
                                        GREGORY E. WOODARD
                                        Deputy Attorney General
                                        james.craig@ag.idaho.gov
                                        greg.woodard@ag.idaho.gov

**CERTIFICATE OF SERVICE**

I Hereby Certify that on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Michael Jacques, Esq.
michael@jacqueslaw.net

Paul A. Rossi, Esq.
paul-rossi@comcast.net

*Attorneys for Plaintiff*

        /s/ *Gregory E. Woodard*
Gregory E. Woodard
Deputy Attorney General